**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────────

**No. 00-1648**

─────────────

ARCHIBALD LAUD-HAMMOND,

Plaintiff - Appellant,

versus

MARK REGER, individually and as employee of
Johnson C. Smith University; THE BOARD OF
TRUSTEES OF JOHNSON C. SMITH UNIVERSITY,

Defendants - Appellees.

─────────────

**No. 00-1718**

─────────────

ARCHIBALD LAUD-HAMMOND,

Plaintiff - Appellant,

versus

MARK REGER, individually and as employee of
Johnson C. Smith University; THE BOARD OF
TRUSTEES OF JOHNSON C. SMITH UNIVERSITY,

Defendants - Appellees.

Appeals from the United States District Court for the Western District of North Carolina, at Charlotte. Robert D. Potter, Senior District Judge. (CA-00-18-3-P)

---

Submitted: June 27, 2000                      Decided: July 11, 2000

---

Before LUTTIG, MICHAEL, and TRAXLER, Circuit Judges.

---

Dismissed by unpublished per curiam opinion.

---

Archibald Laud-Hammond, Appellant Pro Se. William Porter Farthing, Jr., Stacy Kaplan Weinberg, John Barnwell Anderson, PARKER, POE, ADAMS & BERNSTEIN, Charlotte, North Carolina, for Appellees.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Archibald Laud-Hammond appeals the district court's order dismissing the Board of Trustees of Johnson C. Smith University from his civil action and dismissing a defamation claim as to Mark Reger. Laud-Hammond also appeals the district court's order denying his motion to amend his complaint. We dismiss both appeals for lack of jurisdiction because the orders are not appealable. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (1994), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (1994); Fed. R. Civ. P. 54(b); <u>Cohen v. Beneficial Indus. Loan Corp.</u>, 337 U.S. 541 (1949). The orders here appealed are neither final orders nor appealable interlocutory or collateral orders.

We dismiss the appeals as interlocutory. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>DISMISSED</u>

3